LEVY, Appellant, v. BINGHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Bertha Levy against Theodore A. Bingham and others.
PER CURIAM. The papers upon which the order was granted do not show that the case is one of those specified in section 983 of the Code of Civil Procedure, and so far as the record before us discloses there was nothing before the court on which to base the order

appealed from. The order changing the place of trial from the county of Kings to the county of New York is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.